AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Amarillo Road Company
> c/o Robert M. Strebeck
> 3300 South Farm 1258
> Amarillo, Texas 79118

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:25 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _Nancy E Mitcaly_
       *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) ) ) | |
| Plaintiff(s), | ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Autco, Inc.
    c/o Mark McCoy
    2333 South Georgia
    Amarillo, Texas 79109

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:25 pm, Feb 03, 2010**

ROBERT D. DENNIS, *Clerk*

By: _Nancy E Metcalf_
          *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA  Plaintiff(s),  v.  UNION PACIFIC RAILROAD COMPANY,     Defendant and Third-Party Plaintiff  v.  DOUBLE EAGLE REFINING COMPANY, ET AL.,     Third-Party Defendant(s). | Case No. 5:06-CV-00887-C  Judge Robin Cauthron |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> B. & M. Oil Co., Inc.
> 5731 S. 49th W. Avenue
> Tulsa, Oklahoma 74107

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:26 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _____
       *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ben E. Keith Company
c/o Stewart D. Greenlee
601 East 7th Street
Fort Worth, Texas 76113

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:26 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>    Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>    Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Bill White Suzuki, Inc.
    c/o Thomas E. Robertson, Jr.
    315 North 7th Street
    Fort Smith, Arkansas 72901

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:26 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
            *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>    Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>    Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:06-CV-00887-C<br><br>)   Judge Robin Cauthron |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Blaine County, Oklahoma
> 212 N. Weigle Ave.
> Watonga, Oklahoma 73772

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*

**4:26 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
           *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) |  |
| Plaintiff(s), | ) ) |  |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) |  |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) |  |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

BSW Acceptance Corporation
c/o Hal Wood
320 West 19th Street
Muleshoe, Texas 79347

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:28 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

  Butler Farmers Cooperative Association
  205 South Olmstead Avenue
  Butler, Oklahoma 73625

  A lawsuit has been filed against you.

  Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

  If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:28 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
          *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br>     Defendant and Third-Party Plaintiff <br> v. <br><br> DOUBLE EAGLE REFINING COMPANY, ET AL., <br>     Third-Party Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br><br> Case No. 5:06-CV-00887-C <br><br> Judge Robin Cauthron |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    City Of Mesquite
    c/o Ted Barron, City Manager
    1515 N. Galloway Avenue
    Mesquite, Texas 75185

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:29 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
            *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>          Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>          Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>          Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:06-CV-00887-C<br>)<br>)   Judge Robin Cauthron<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    City of Stillwater
    c/o Dan Galloway, City Manager
    723 S. Lewis
    Stillwater, Oklahoma 74074

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:29 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _Nancy E. Whitcomb_
           *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Crawford & Bargas, Inc.
c/o Royce Minatra
2401 W. Pioneer Pkwy, Ste 147
Arlington, Texas 76013

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:29 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) Judge Robin Cauthron |
| v. | ) |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Cunningham Equipment Co., Inc.
c/o Roy L. Cunningham
2280 South Church
Paris, Texas 75460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:30 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _Nancy E Metcalf_
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) |
| v. | ) |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dacoma Farmers Cooperative, Inc.
c/o Farmers Cooperative Grain Dealers Association of Oklahoma
P.O. Box 1189
Enid, Oklahoma 73701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**4:30 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *[signature]*
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) Judge Robin Cauthron |
| v. | ) ) |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Dallas Compressor Company, LLC
c/o Don S. Shaver
3405 W. Cardinal Drive
Beaumont, Texas 77705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:31 pm, Feb 03, 2010**

*ROBERT D. DENNIS*, Clerk

By: *Nancy E Hitcof*
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>　　　　　Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>　　Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>　　Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

　　Dick Bailey Motors, Inc.
　　c/o Dick Bailey
　　515 E. 6th Street
　　Okmulgee, Oklahoma 74447

A lawsuit has been filed against you.

　　Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:31 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _____
　　　　　Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) ) | |
| v. | ) ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    East Tulsa Dodge, Inc.
    c/o Turner W. Kirk
    15 W. 6th Street
    Tulsa, Oklahoma 74119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:31 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _Nancy E Metcalf_
      *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br>     Defendant and Third-Party Plaintiff <br> v. <br> DOUBLE EAGLE REFINING COMPANY, ET AL., <br>     Third-Party Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 5:06-CV-00887-C <br><br> Judge Robin Cauthron |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Gilvin-Terrill Ltd.
> c/o F C Chow
> 6000 FM 2373
> Claude, Texas 79019

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:32 pm, Feb 03, 2010**

ROBERT D. DENNIS, *Clerk*

By: *Nancy E Metcalf*
        *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) Judge Robin Cauthron |
| v. | ) |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Goddard's Ready-Mix Concrete, Inc.
c/o Ricard R. Rice
1401 South Douglas, Suite A
Midwest City, Oklahoma 73130

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

SUMMONS ISSUED:

**4:32 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Whitcof*
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Graff Chevrolet Company
c/o Stan Graff
1405 East Main Street
Grand Prairie, Texas 75050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:32 pm, Feb 03, 2010**

ROBERT D. DENNIS, *Clerk*

By: _Nancy E Metcalf_
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY,      Defendant and Third-Party Plaintiff <br> v. <br><br> DOUBLE EAGLE REFINING COMPANY, ET AL.,      Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:06-CV-00887-C <br><br>   Judge Robin Cauthron |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Greenleaf Nursery Co.
> c/o Randy E. Davis
> 28406 Highway 82
> Park Hill, Oklahoma 74451

A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:34 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
          *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hagan Tractor Parts, Inc.
c/o Evert Hagan, Jr.
7755 Old Highway 51
Broken Arrow, Oklahoma 74014

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:34 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Heartland Express, Inc. of Iowa
> c/o Michael Gerdin
> 901 North Kansas Avenue
> North Liberty, Iowa 52317

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:34 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _____
       *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br> Defendant and Third-Party Plaintiff <br> v. <br><br> DOUBLE EAGLE REFINING COMPANY, ET AL., <br> Third-Party Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No. 5:06-CV-00887-C <br><br> Judge Robin Cauthron |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

HJG Trucking Company
c/o Sharon H. Fentress
701 Denair Street
Fort Worth, Texas 76111

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:35 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, | ) ) | |
| Defendant and Third-Party Plaintiff | ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., | ) ) | |
| Third-Party Defendant(s). | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Hoffmeier, Inc.
c/o Russell Hoffmeier
5552 E. Channel Rd.
Catoosa, Oklahoma 74015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**4:35 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Metcalf*
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br>     Defendant and Third-Party Plaintiff <br> v. <br> DOUBLE EAGLE REFINING COMPANY, ET AL., <br>     Third-Party Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 5:06-CV-00887-C <br><br> Judge Robin Cauthron |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Howards, Inc.
      c/o J.E. Howard
      P.O. Box 339
      Mount Hope, Kansas 67108

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



*SUMMONS ISSUED:*

**4:36 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Mitchell*
       *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>     Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>    Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 5:06-CV-00887-C<br><br>)   Judge Robin Cauthron |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Irwin Auto Company
    c/o H. Grant Irwin
    3425 Williams Ave.
    Woodward, Oklahoma 73801

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:45 pm, Feb 03, 2010**

ROBERT D. DENNIS, *Clerk*

By: _Nancy E Metcalf_
        *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>          Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>          Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Jensen's Inc.
> c/o Larry D. Jensen
> 218-24 S. Main
> Fairview, Oklahoma 73737

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:36 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *[signature] Nancy E Wilcox*
          *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>          Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>          Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> John Vance Motors, Inc.
> c/o John T. Vance
> 6109 Oaktree Road
> Edmond, Oklahoma 73003

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:36 pm, Feb 03, 2010**

*ROBERT D. DENNIS,* Clerk

By: _____
          *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Kwikset Corporation
c/o The Corporation Company
120 North Robinson
Oklahoma City, Oklahoma 73102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:37 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Metcalf*
         *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>     Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>     Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:06-CV-00887-C<br><br>   Judge Robin Cauthron |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

      Laufen International, Inc.
      c/o Corporation Service Company
      1201 Hays St.
      Tallahassee, Florida 32301

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:37 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: *Nancy E Vretcof*
          *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>    Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>    Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 5:06-CV-00887-C<br><br>   Judge Robin Cauthron |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Lindley Farm Equipment Inc.
> c/o Ronald L. Wesner
> 121 S. Market
> Cordell, Oklahoma 73623

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:37 pm, Feb 03, 2010**

ROBERT D. DENNIS, *Clerk*

By: *Nancy E Whitcomb*
            *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) |
| v. | ) |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Mustang Quick Lube, LLC
    c/o Steven J. Baker
    1304 North Clear Springs Road
    Mustang, Oklahoma 73064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Eva Fromm O'Brien
    Texas Bar No. 07486750
    FULBRIGHT & JAWORSKI L.L.P.
    Fulbright Tower
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095
    Telephone: (713) 651 5321
    Fax: (713) 651 5246
    eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:37 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
              *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br>  Defendant and Third-Party Plaintiff <br> v. <br> DOUBLE EAGLE REFINING COMPANY, ET AL., <br>  Third-Party Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 5:06-CV-00887-C <br><br> Judge Robin Cauthron |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Northwest Arkansas Paper Co.
c/o Michee A. Harrington
113 East Emma Ave.
Springdale, Arkansas 72765

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:38 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _Nancy E Mitcof_
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and<br>STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>    Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>    Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    O'Brien Construction Services, Inc.
    c/o Jay R. Downs
    200 Bryan St., Ste 4000
    Dallas, Texas 75202

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Eva Fromm O'Brien
    Texas Bar No.  07486750
    FULBRIGHT & JAWORSKI L.L.P.
    Fulbright Tower
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095
    Telephone: (713) 651 5321
    Fax: (713) 651 5246
    eobrien@fulbright.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:38 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Whitely*
        *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br>      Defendant and Third-Party Plaintiff <br> v. <br><br> DOUBLE EAGLE REFINING COMPANY, ET AL., <br>      Third-Party Defendant(s). | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 5:06-CV-00887-C <br> ) <br> ) Judge Robin Cauthron <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

     P&K Equipment, Inc.
     c/o Barry L. Pollard
     102 South Van Buren
     Enid, Oklahoma 73703

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

     Eva Fromm O'Brien
     Texas Bar No.  07486750
     FULBRIGHT & JAWORSKI L.L.P.
     Fulbright Tower
     1301 McKinney, Suite 5100
     Houston, Texas 77010-3095
     Telephone: (713) 651 5321
     Fax: (713) 651 5246
     eobrien@fulbright.com

     If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:38 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _Nancy E. Whitcox_
        *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Pacesetter Coach Lines, Inc.
414 South Owasso Aveune
Tulsa, Oklahoma 74120

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:39 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _Nancy E Metcalf_
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

|   |   |   |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Panhandle Implement Company, Incorporated
    c/o Jerry L. Farney
    710 North Main Street
    Perryton, Texas 79070

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Eva Fromm O'Brien
    Texas Bar No.  07486750
    FULBRIGHT & JAWORSKI L.L.P.
    Fulbright Tower
    1301 McKinney, Suite 5100
    Houston, Texas 77010-3095
    Telephone: (713) 651 5321
    Fax: (713) 651 5246
    eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:39 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _____
        *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Ray's Automatic Transmissions, Inc.
c/o Daniel M. Parra
2508 W. Pafford
Fort Worth, Texas 76110

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS ISSUED:

**4:39 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Mitcoff*
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br>      Defendant and Third-Party Plaintiff <br> v. <br><br> DOUBLE EAGLE REFINING COMPANY, ET AL., <br>      Third-Party Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

     RDS GP, L.L.C.
     c/o Kevin S. Benesh
     101 Summit Ave., Ste 406
     Fort Worth, Texas 76102

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No.  07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:40 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
              *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
## Western District of Oklahoma

<table>
<tr><td>

UNITED STATES OF AMERICA and
STATE OF OKLAHOMA

              Plaintiff(s),

v.

UNION PACIFIC RAILROAD COMPANY,
      Defendant and Third-Party Plaintiff

v.

DOUBLE EAGLE REFINING COMPANY, ET AL.,
      Third-Party Defendant(s).

</td>
<td>

)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)

</td>
<td>

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Rick Jones Pontiac, Buick & GMC, Inc.
    c/o Rick Jones
    1508 S Rock Island
    El Reno, Oklahoma 73036

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:40 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
            *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Rother Brothers, Inc.
    c/o Ronald Rother
    Hwy 81 North
    Kingfisher, Oklahoma 73750

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:41 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Vncilog*
       *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

> Sooner Lift, Inc.
> c/o Patrick Donnelly
> 2601 NW Expressway, Ste 601
> Oklahoma City, Oklahoma 73112

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:41 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: _____
Deputy Clerk

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) ) |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) |
| v. | ) |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Street Automotive, Inc.
c/o Joe Street
4500 S. Soncy
Amarillo, Texas 79119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:41 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>    Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br>    Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Stuart Pontiac-Cadillac, Inc.
    c/o Randy Clay Hamm
    301 North Independence
    Enid, Oklahoma 73701

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:42 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Whitley*
         *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA <br><br> Plaintiff(s), <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br> Defendant and Third-Party Plaintiff <br> v. <br><br> DOUBLE EAGLE REFINING COMPANY, ET AL., <br> Third-Party Defendant(s). | ) ) ) ) ) ) ) ) ) ) ) ) ) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Superior Ford, Inc.
c/o Charles S. Trantham
157 E. Colt Square, Ste 1
Fayetteville, Arkansas 72703

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:42 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

# UNITED STATES DISTRICT COURT

for the

## Western District of Oklahoma

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA<br><br>Plaintiff(s),<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY,<br> Defendant and Third-Party Plaintiff<br>v.<br><br>DOUBLE EAGLE REFINING COMPANY, ET AL.,<br> Third-Party Defendant(s). | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 5:06-CV-00887-C<br>)<br>)  Judge Robin Cauthron<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   Tulsa Public Schools
   3027 South New Haven
   Tulsa, Oklahoma 74114

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:42 pm, Feb 03, 2010**

ROBERT D. DENNIS, Clerk

By: *Nancy E Metcalf*
 *Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |
|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) |
| Plaintiff(s), | ) ) |
| v. | ) |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) |
| v. | ) |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) ) |

Case No. 5:06-CV-00887-C

Judge Robin Cauthron

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

U.S. Foodservice, Inc.
c/o CT Corporation System
350 North St. Paul Street
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:43 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: _____
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and STATE OF OKLAHOMA | ) ) ) ) | |
| Plaintiff(s), | ) ) ) | |
| v. | ) | Case No. 5:06-CV-00887-C |
| UNION PACIFIC RAILROAD COMPANY, Defendant and Third-Party Plaintiff | ) ) ) | Judge Robin Cauthron |
| v. | ) | |
| DOUBLE EAGLE REFINING COMPANY, ET AL., Third-Party Defendant(s). | ) ) | |

SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Walz, Harman & Huffman Construction, Inc.
c/o Gregory L. Harman
5615 East 61st St. North
Wichita, Kansas 67208

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Eva Fromm O'Brien
Texas Bar No. 07486750
FULBRIGHT & JAWORSKI L.L.P.
Fulbright Tower
1301 McKinney, Suite 5100
Houston, Texas 77010-3095
Telephone: (713) 651 5321
Fax: (713) 651 5246
eobrien@fulbright.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



SUMMONS ISSUED:

**4:43 pm, Feb 03, 2010**

*ROBERT D. DENNIS, Clerk*

By: *Nancy E Whitcomb*
*Deputy Clerk*

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*