UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA and<br>the STATE OF OKLAHOMA, | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 5:06-CV-00887-C |
| | ) | |
| v. | ) | Judge Robin Cauthron |
| | ) | |
| | ) | |
| 1.     Union Pacific Railroad Company | ) | **FILED** |
| 2.     Affiliated Foods, Inc. | ) | |
| 3.     AGCO Corporation | ) | |
| 4.     Air Liquide Electronics U.S., LP | ) | OCT   8 2010 |
| 5.     Amarillo Gear Company | ) | |
| 6.     American Financial Group | ) | ROBERT D. DENNIS, CLERK |
| 7.     Americold Realty Trust | ) | U.S. DIST. COURT, WESTERN DIST. OKLA. |
| 8.     APAC Kansas, Inc. | ) | BY_____,DEPUTY |
| 9.     Arkema Inc. | ) | |
| 10.    AS America, Inc. | ) | |
| 11.    ATC Technology Corporation | ) | |
| 12.    Atmos Energy Corporation | ) | |
|         (successor in interest to | ) | |
|         TXU Gas Company) | ) | |
| 13.    Aubrey Chevrolet | ) | |
| 14.    Autco, Inc. | ) | |
| 15.    Automobiles of Italy | ) | |
| 16.    Avis Rent A Car System, Inc. | ) | |
| 17.    B&M Oil Co., Inc. | ) | |
| 18.    Badgett Steam Lubricator Corp. | ) | |
| 19.    BAE Systems Resolution Inc. | ) | |
|         f/k/a Stewart & Stevenson | ) | |
|         Services, Inc. | ) | |
| 20.    Baker Hughes Incorporated | ) | |
| 21.    Baldor Electric Company | ) | |
| 22.    Balon Corporation | ) | |
| 23.    Battison Motors, Inc. | ) | |
| 24.    Ben E. Keith Company | ) | |
| 25.    Billingsley Ford, Inc. | ) | |
| 26.    Billy M. Arnold, Inc. | ) | |
| 27.    Board of County Commissioners | ) | |

|     |                                        |   |
|-----|----------------------------------------|---|
|     | of the County of Blaine,               | ) |
|     | Oklahoma                               | ) |
| 28. | Board of County Commissioners          | ) |
|     | of the County of Oklahoma              | ) |
| 29. | Bob Maloney Ford-Mercury, Inc.         | ) |
| 30. | Bob Moore Auto Group, LLC              | ) |
| 31. | Bob Tomes Ford, Inc.                   | ) |
| 32. | Boeckman Ford, Inc.                    | ) |
| 33. | Brad Fenton, Inc.                      | ) |
| 34. | Breeden Dodge, Inc.                    | ) |
| 35. | Brenntag Southwest, Inc.               | ) |
| 36. | Bright Truck Leasing, L.P.             | ) |
| 37. | Brown Automotive Group L.P.            | ) |
|     | d/b/a Brown Pontiac GMC Buick          | ) |
| 38. | Brown Automotive Group L.P.            | ) |
|     | d/b/a Southwest Honda                  | ) |
| 39. | Bruckner Truck Sales Inc.              | ) |
| 40. | Brunner & Lay Inc.                     | ) |
| 41. | Cargill, Incorporated                  | ) |
| 42. | Carco Rentals, Inc.                    | ) |
| 43. | Cascade Die Casting Group, Inc.        | ) |
| 44. | Chapman Construction Co., L.P.         | ) |
| 45. | Chris Nikel's Autohaus, Inc.           | ) |
| 46. | CIA Machinery, Inc.                    | ) |
| 47. | City of Ardmore, Oklahoma              | ) |
| 48. | City of Broken Arrow, Oklahoma         | ) |
| 49. | City of Del City, Oklahoma             | ) |
| 50. | City of Denton, Texas                  | ) |
| 51. | City of Derby, Kansas                  | ) |
| 52. | City of Euless, Texas                  | ) |
| 53. | City of Farmers Branch, Texas          | ) |
| 54. | City of Hurst, Texas                   | ) |
| 55. | City of Kingman, Kansas                | ) |
| 56. | City of Lubbock, Texas                 | ) |
| 57. | City of Mesquite, Texas                | ) |
| 58. | City of Moore, Oklahoma                | ) |
| 59. | City of Muskogee, Oklahoma             | ) |
| 60. | City of North Richland Hills, Texas    | ) |
| 61. | City of Stillwater, Oklahoma           | ) |
| 62. | Clarence L. Boyd, Inc.                 | ) |
| 63. | Coach USA, Inc. d/b/a Sporran KBUSCO   | ) |
| 64. | Coca-Cola Enterprises Inc.             | ) |
| 65. | ConAgra Foods, Inc.                    | ) |

| | | |
|---|---|---|
| 66. | Cox Communications, Inc. | ) |
| 67. | Crash Rescue Equipment Service, Incorporated | ) |
| 68. | Crawford & Bargas, Inc. | ) |
| 69. | CTS Corporation | ) |
| 70. | Cutrell Trucking Company, Inc. | ) |
| 71. | D.H. Blattner & Sons, Inc. | ) |
| 72. | Dalhart Consumers Fuel Association, Inc. | ) |
| 73. | Dallas County Schools | ) |
| 74. | Darling International Inc. | ) |
| 75. | DeFehr Implement Incorporated | ) |
| 76. | Delp, Inc. | ) |
| 77. | Dobrinski Chevrolet Pontiac Buick | ) |
| 78. | Doenges Toyota Ford Lincoln Mercury | ) |
| 79. | Don Davis Auto Group, Inc. | ) |
| 80. | Donohue Holdings, Inc., formerly Big Red Sports/Imports, Inc. | ) |
| 81. | Double Eagle Refining Company | ) |
| 82. | Duit Construction Co., Inc. | ) |
| 83. | Dunn Ford Company | ) |
| 84. | Eagle Imports, L.P. d/b/a John Eagle Honda and John Eagle Lincoln-Mercury, LLP | ) |
| 85. | East Texas Mack Sales L.L.C. | ) |
| 86. | East Tulsa Dodge, Inc. | ) |
| 87. | England Ford, Inc. | ) |
| 88. | Exxon Mobil Corporation | ) |
| 89. | Federal Express Corporation | ) |
| 90. | Flowers Foods, Inc., on behalf of Flowers Frozen Desserts of Stillwell, LLC | ) |
| 91. | Floyd Traylor Motor Co. | ) |
| 92. | Ford Investment Enterprises Corp., Successor-in-Interest to Doenges Bros. Ford, Inc., Jim Nelson Ford, Inc., and Turnpike Ford, Inc. | ) |
| 93. | Fronk Oil Co., Inc. | ) |
| 94. | Frontier Chevrolet, Inc. | ) |
| 95. | Frontier International Trucks, Inc. | ) |
| 96. | Frozen Food Express Industries, Inc. | ) |
| 97. | Gardner Denver, Inc. | ) |
| 98. | GEA Rainey Corporation | ) |

3

99.   Gene Huggins Enterprises, Inc.,         )
        d/b/a Huggins Mitsubishi             )
100.  Gene Smith, Inc.                        )
101.  George Nunnally Chevrolet, Inc.         )
102.  Geotrace Technologies, Inc.             )
103.  Goddard Ready Mix Concrete, Inc.        )
104.  Golden Spread Redi-Mix, Inc.            )
105.  Goodpasture, Ltd.                       )
106.  Graff Chevrolet                         )
107.  Greenleaf Nursery Co.                   )
108.  Griffith Motor Company                  )
109.  GTE Southwest Incorporated,             )
        d/b/a Verizon Southwest              )
110.  Guardian Industries Corp.               )
111.  Gulf State Supply LLC                   )
112.  Hagan Tractor Parts, Inc.               )
113.  Harland McClaskey, as Owner of          )
        Harland's Diesel Service, Inc.       )
114.  Harry Robinson Buick-GMC, Inc.          )
115.  Harvey's, Inc.                          )
116.  Haskell-Lemon Construction Co.          )
117.  Heartland Chevrolet, formerly           )
        John Gibbs Motor Company, Inc.  )
118.  Heartland Express, Inc.                 )
119.  Hesselbein Tire Co., Inc.               )
120.  Hickory Springs Manufacturing Company)
121.  Hill Country Chevrolet-Toyota Co.       )
122.  HJG Trucking Company, Inc.              )
123.  Hoffmeier, Inc.                         )
124.  Holmes Construction Co., L.P.           )
125.  Hondura, Inc.                           )
126.  Huffines Dodge Lewisville, Inc.         )
127.  Hulcher Services, Inc.                  )
128.  Hydro Aluminum North America, Inc.      )
129.  Independent Foreign Car Repair          )
130.  Independent School District No. 29 of   )
        Cleveland County, Oklahoma           )
131.  Independent School District No. 52 of   )
        Oklahoma County, Oklahoma,           )
        also known as the Midwest City-      )
        Del City Public Schools              )
132.  Industrial Diesel, Inc.                 )
133.  Industrial Vehicles International, Inc.  )

4

134.  Ingersoll-Rand Company                        )
135.  Iowa 80 Group, Inc.                           )
136.  J.B. Hunt Transport, Inc.                     )
137.  J.M. Huber Corporation                        )
138.  Jackie Cooper Imports, LLC                    )
139.  Jantz Implement, Inc.                         )
140.  Jensen's Inc.                                 )
141.  Jim Norton Buick, Inc.                        )
142.  Johnson's of Kingfisher, Inc.                 )
143.  Jones Motorcars Inc.                          )
144.  Kansas Turnpike Authority                     )
145.  Kennedy Tire & Auto Service, Inc.             )
146.  Ken's Tire & Auto Service, Inc.               )
147.  Kent Chevrolet, Cadillac, Inc.                )
148.  Cameron L. Kerran                             )
149.  Michael Kerran                                )
150.  Keystone Chevrolet, Inc.                      )
151.  Keystone Equipment Company, Inc.              )
152.  Kimberly-Clark Corporation,                   )
          Successor In Interest to                  )
          Scott Paper Company                       )
153.  Kingfisher County, Oklahoma                   )
154.  Kwikset Corporation                           )
155.  Lafarge Building Materials Inc.               )
156.  Lakeside Chevrolet Company, Ltd.              )
157.  Lamb County Electric Cooperative, Inc.        )
158.  Lasko Products, Inc.                          )
159.  LB Smith, Inc.                                )
160.  Lift Truck Center, Inc.                       )
161.  Lorenz, Inc.                                  )
162.  Lowe's Home Centers, Inc.                     )
163.  Lowry Chevrolet, Inc.                         )
164.  Lufkin Industries, Inc.                       )
165.  Mack Truck Sales of Tulsa, Inc.               )
166.  Mack Trucks, Inc.                             )
167.  Martin K. Eby Construction Co., Inc.          )
168.  McCorkle Truck Line, Inc.                     )
169.  McElroy Manufacturing, Inc.                   )
170.  McKee Foods Corporation                       )
171.  McKesson Corporation                          )
172.  McKinney Automotive Limited Partnership)
173.  Metzeler Automotive Profile                   )
          Systems of Oklahoma, Inc.                 )

174. Mid-Continent Concrete Company, Inc., )
      f/k/a The Hardesty Co., Inc.      )
175. Mid-Continent Thermo King, Inc.    )
176. Mid-Kansas Cooperative Association  )
177. Midwesco Industries, Inc.         )
178. Midwest Corporate Aviation, Inc.    )
179. Mike Garrett Chevrolet, Inc.      )
180. Milo Gordon Inc.             )
181. Moritz Partners, L.P.          )
182. Muskogee Bridge Co., Inc.      )
183. Musser Motors, Inc.         )
184. Navistar, Inc.              )
185. Nestlé Holdings, Inc.         )
186. Newell Rubbermaid Inc.      )
187. Nine-Eleven Enterprises, Inc.    )
188. Northwest Tire Service Inc.     )
189. Oakley Pontiac-Buick, Inc.     )
190. Oil States Industries, Inc.      )
191. ONEOK, Inc.            )
192. Owen R. Thomas, Inc.       )
193. Parker Lube, Inc.          )
194. Paul Penley Oil Co., Inc.      )
195. People's Electric Cooperative     )
196. Phoenix Transmission        )
197. Plano Independent School District   )
198. Preformed Line Products Company  )
199. Putnam Lincoln-Mercury, Inc.    )
200. Radioshack Corporation      )
201. Range Oil Company, Inc.     )
202. Reed Beidler             )
203. Reher Morrison Racing Engines, Inc.  )
204. Republic Services, Inc.       )
205. Rick Jones Buick GMC Inc.,     )
      f/k/a Rick Jones Pontiac     )
      Buick & GMC, Inc.        )
206. Roberts Truck Center of Oklahoma, LLC )
      and H.D. Copeland International  )
      Trucks, Inc.           )
207. Ron Shirley Pontiac Buick GMC, Inc.  )
208. Ruan Logistics Corporation     )
209. Safeway Inc.            )
210. Sammons BW, Inc.         )
211. Sara Lee Corporation        )

212. Sasol North America, Inc.                                    )
213. Schwarz Ready Mix Inc.                                       )
214. Scoggin-Dickey Chevrolet-Buick, Inc.                         )
215. Service Automall, Inc.                                       )
216. Settco, Inc.                                                 )
217. Shep Chevrolet Inc.                                          )
218. Shipley Motor Equipment Company                              )
219. Sinclair Oil Corporation                                     )
220. Six Flags Over Texas.                                        )
221. Smith Automotive, Inc.                                       )
222. Smith Chevrolet Cadillac Company                             )
223. Sooner Lift, Inc.                                            )
224. Southern Material Handling Company                           )
225. Southern Star Central Gas Pipeline, Inc.  )
226. Southside Dodge Sales, Inc.                                  )
227. Southwest Auction Co. Inc.                                   )
228. Southwestern Baptist Theological Seminary)
229. Southwestern Petroleum Corporation          )
230. Spartan Aviation Industries, Inc.                            )
231. Spider Webb Farm Implements, Inc.                            )
232. Stovall Corporation                                          )
233. Stuart Pontiac-Cadillac, Inc.                                )
234. Suburban Motors, Inc.                                        )
235. Sullivan's Trucking Company, Inc.                            )
236. Superior Ford, Inc.                                          )
237. Superior Industries International, Inc.                      )
238. Sysco Denver, Inc.,                                          )
         a subsidiary of Sysco Corporation )
239. TDY Industries, Inc.                                         )
240. TEFS Holding L.P.                                            )
241. Terracon Consultants, Inc.                                   )
242. Terry Miller Pontiac Buick GMC Truck, Inc.)
243. Testers, Inc.                                                )
244. Texas Industries, Inc.                                       )
245. The Clorox Company                                           )
246. The Kansas City Southern                                     )
         Railway Company                                          )
247. The Bradbury Co., Inc.                                       )
248. The Lane Construction Corporation                            )
249. Thomas Cadillac, Inc.                                        )
250. Trane, Inc.                                                  )
251. Trinity Industries, Inc.                                     )
252. Trowell & Turner Automotive, Inc.                            )

253.   Trucks for You, Inc.                                  )
254.   Tulsa Recycle & Transfer, Inc.                        )
255.   Turner Bros., LLC                                     )
256.   United Industries Corporation,                        )
          a Delaware Corporation d/b/a                       )
          Spectrum Brands, d/b/a Chemisco,                   )
          Inc., f/k/a Chemisco, Inc.                         )
257.   U.S. Foodservice, Inc.                                )
258.   United Rentals, Inc.                                  )
259.   United Technologies Corporation and its )
          subsidiary, Carrier Corporation                    )
260.   W&W Steel Company / W&W Steel, LLC)
261.   Wagner Buick, Inc.                                    )
262.   Walz, Harman & Huffman Construction, Inc.)
263.   Warren Power & Machinery, Inc.                        )
264.   Waste Management of Arkansas, Inc.                    )
265.   Waste Management of Oklahoma, Inc.                    )
266.   Waste Oil Service Company                             )
267.   Waukesha Pearce Industries, Inc.                      )
268.   Wayne Eidson Chevrolet-Oldsmobile-                    )
          Buick-Pontiac, Inc.                                )
269.   Webb Wheel Products, Inc.                             )
270.   Western Auto Supply Company                           )
271.   Western Technology Center                             )
272.   Weyerhaeuser Company                                  )
273.   Wilmes Superstore, Inc.                               )
274.   Wilson Chevrolet, Inc.                                )
275.   WNA Cups Illustrated, Inc.                            )
276.   Wood Motor Company, Inc.                              )
277.   Yellowhouse Machinery Co.                             )
_____ )

# FIRST AMENDED COMPLAINT

The United States of America, on behalf of the United States

Environmental Protection Agency ("EPA") and the Department of the Interior, and the

State of Oklahoma, on behalf of the Oklahoma Department of Environmental Quality and

the Oklahoma Secretary of the Environment, allege as follows:

## STATEMENT OF THE CASE

1.     The United States and the State of Oklahoma bring this civil action under

Sections 107 and 113 of the Comprehensive Environmental Response, Compensation,

and Liability Act of 1980, as amended ("CERCLA"), 42 U.S.C. §§ 9607 and 9613, and

Title 27A O.S. §§1-2-101, 1-3-101, and 2-3-101 for recovery of response costs they have

incurred, damages to natural resources, and declaratory relief as a result of releases or

threatened releases of hazardous substances at the Double Eagle Superfund Site (the

"Site") located in Oklahoma City, Oklahoma.

## DEFENDANTS

2.     The defendants listed in Appendix A owned and operated a waste oil

refinery, Double Eagle Refining Company, at the Site from approximately 1929 until

1988. The Site is located in this judicial district in the State of Oklahoma. Each of these

defendants is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. §

9601(21).

3.     The defendants listed in Appendix B sent used waste oil to the Site for

disposal. Each of these defendants is a "person" within the meaning of Section 101(21)

of CERCLA, 42 U.S.C. § 9601(21).

9

4.  Defendant Union Pacific Railroad Company ("Union Pacific") is the successor to a company that owned the Site at a time when wastes were disposed at the Site. Union Pacific is a "person" within the meaning of Section 101(21) of CERCLA, 42 U.S.C. § 9601(21).

## JURISDICTION AND VENUE

5.  This Court has jurisdiction over the subject matter of this action and the parties thereto pursuant to 28 U.S.C. §§ 1331 and 1345, and Sections 107(a) and 113(b) of CERCLA, 42 U.S.C. §§ 9607(a) and 9613(b).

6.  Pursuant to 28 U.S.C. § 1391(b) and Sections 107 and 113(b) of CERCLA, 42 U.S.C. §§ 9607 and 9613(b), venue is proper in this judicial district because the releases or threatened releases of hazardous substances that gave rise to this claim occurred in this district and because the Site is located in the Western District of Oklahoma.

7.  The State of Oklahoma, on behalf of the Oklahoma Department of Environmental Quality (ODEQ), has authority to bring this action under Section 107 of CERCLA, 42 U.S.C. §9607, and Sections 1-3-101(B) and 2-3-101 of Title 27A of the Oklahoma Statutes, as the ODEQ is the official agency of the State of Oklahoma with regard to hazardous materials and Superfund sites.

8.  The State of Oklahoma, on behalf of the Oklahoma Secretary of the Environment, has authority to bring this action pursuant to Section 107 of CERCLA, 42 U.S.C. §9607, 40 C.F.R. §300.600 and Section 1-2-101 of Title 27A of the Oklahoma

10

Statutes which designates the Secretary of the Environment as the trustee for natural resources for those claims arising under CERCLA.

## FACTUAL ALLEGATIONS

9.     The Double Eagle Superfund Site ("the Site") is comprised of approximately 8 acres of land and is located at 301 N. Rhode Island Avenue/1900 N.E. First Street, near the intersection of Martin Luther King and Reno Street in Oklahoma City, Oklahoma.

10.     Missouri Kansas Texas Railroad Company ("MKT") owned the Site from approximately 1924 to 1972 and leased the property to Double Eagle Refining Company for operation of a waste oil re-refining facility.

11.     MKT was merged into Missouri Pacific Railroad in 1989 and Missouri Pacific was merged into Union Pacific Corporation ("Union Pacific"), a/k/a Union Pacific Railroad Company, a Delaware corporation, in about 2003.  Union Pacific is a successor to MKT's and Missouri Pacific's liabilities in connection with the Site.

12.     The defendants listed in Appendix A owned and operated a waste oil refinery, Double Eagle Refining Company, at the Site from approximately 1929 until 1988.

13.     The defendants listed in Appendix B sent used waste oil to the Site.

14.     The United States Environmental Protection Agency ("EPA") and the Oklahoma Department of Environmental Quality ("ODEQ") became involved at the Site beginning in the late 1980's because of its contamination with acidic sludges, metals and

other hazardous substances, which originated in the waste oils and waste fuels disposed

of there. Some of the contaminants of concern included semi-volatile polycyclic

aromatic hydrocarbons ("PAHs"), 1,2-dichloroethane, trichloroethylene ("TCE"),

tetrachloroethane, 2-butanone, vinyl chloride, polychlorinated biphenyls ("PCBs"), alkyl

benzenes, lead, arsenic and antimony.

     15.    EPA added the Site to the National Priorities List of contaminated sites in

1989. 56 *Federal Register* § 5600.

     16.    EPA began a remedial investigation of the Site in 1990, completed a

Remedial Investigation/Feasibility Study ("RI/FS") for surface wastes in 1992, and

selected a remedy for them under a Record of Decision ("ROD") in that same year, which

stated EPA's determination that the Site may have presented imminent and substantial

endangerment to public health, welfare, or the environment. The agency completed an

RI/FS for groundwater in 1993 and administratively selected a remedy for it under a

second ROD in 1994.

     17.    EPA conducted the remedial work through contractors. The groundwater

remediation work included installation of several monitoring wells at the Site and was

completed in 1996. Remedial work on surface waste, begun in 1998 and completed in

1999, consisted of the following: asbestos was abated in 9 buildings and 59 tanks at the

Site before their demolition; 44,186 cubic yards of contaminated waste materials were

neutralized (acids), solidified (mixed with cement), and stabilized (lead) on-site; the

waste was disposed off-site at landfills; excavated areas were backfilled, re-graded, and

re-vegetated.

## STATUTORY PROVISIONS

18.     Section 107(a) of CERCLA, 42 U.S.C. § 9607(a), provides, in pertinent

part, that:

> (2) any person who at the time of disposal of any hazardous
> substance owned or operated any facility at which such hazardous
> substances were disposed of,
>
> from which there is a release, or threatened release which causes the
> incurrence of response costs, of a hazardous substance, shall be liable
> for–
>
> (A) all costs of removal or remedial action incurred by the United States
> Government or a State or an Indian tribe not inconsistent with the
> national contingency plan;
>
> ( C ) damages for injury to, destruction of, or loss of natural resources,
> including the reasonable costs of assessing such injury, destruction, or
> loss resulting from such a release.

19.     Title 27A of the Oklahoma Statutes, Section 1-2-101 authorizes the

Oklahoma Secretary of the Environment to act on behalf of the public as trustee for

natural resources and is authorized to make claims consistent with the federal enabling

acts.

20.     Section 113(g)(2)(B) of CERCLA, 42 U.S.C. § 9613(g)(2)(B) provides:

> . . . In any such action described in this subsection [an action for
> recovery of costs under Section 107 of CERCLA], the court shall enter a
> declaratory judgment on liability for response costs or damages that will
> be binding on any subsequent action or actions to recover further
> response costs or damages.

21.     The Site is a "facility" within the meaning of Sections 107(a)(2) and

101(9), 42 U.S.C. § 9601(9).

22. The acidic sludges, lead, other heavy metals, xylene, ethylbenzene, TCE and many other contaminants found in the waste oils, waste fuels, and other materials disposed and released at the Site are "hazardous substances" within the meaning of Section 101(14) of CERCLA, 42 U.S.C. § 9601(14). These hazardous substances were disposed of at the Site.

23. At the time of disposal of hazardous substance at the Site, Union Pacific's merger predecessor, MKT, owned and operated the facility at the Site, within the meaning of Section 101(20)(A) of CERCLA, 42 U.S.C. §9601(20)(A), and Section 107(a)(2) of CERCLA, 42 U.S.C. § 9607(a)(2).

24. The defendants in Appendix A owned and operated the facility at the Site within the meaning of Section 101(2)(A) and 107(a)(1) and (a)(2) of CERCLA, 42 U.S.C. §§ 9601(20)(A) and 9607(a)(1) and (a)(2).

25. The defendants in Appendix B "arranged for disposal or treatment of hazardous substances" they owned or possessed, within the meaning of Section 107(a)(3) of CERCLA, 42 U.S.C. § 9607(a)(3).

26. MKT also "arranged for disposal or treatment of hazardous substances" it owned or possessed, within the meaning of Section 107(a)(3) of CERCLA, 42 U.S.C. § 9607(a)(3).

27. There were "releases" and "threatened releases" of "hazardous substances," within the meaning of Section 101(22) of CERCLA, 42 U.S.C. § 9601(22), at the Site.

28. In response to these releases and this disposal, the United States Environmental Protection Agency ("EPA") and the Oklahoma Department of

Environmental Quality (ODEQ), as the official agency of the State of Oklahoma with

regard to hazardous substances and Superfund sites, have taken response actions at or in

connection with the Site under authority granted in Section 104 of CERCLA, 42 U.S.C.

§ 9604.

29.    As a result of EPA's and the ODEQ's response actions, the United States

and the State of Oklahoma have incurred unreimbursed response costs, as defined in

Sections 101(25) and 107(a) of CERCLA, 42 U.S.C. §§ 9601(25) and 9607(a).

30.    The response costs are not inconsistent with the National Contingency Plan,

as set forth in 40 C.F.R. Part 300.

31.    The releases of hazardous substances at the Site caused injury to,

destruction of, or loss of natural resources, as defined in sections 101(16) and

107(a)(4)(C) of CERCLA, 42 U.S.C. §§ 9601(16) and 9607(a)(4)(C).

## FIRST CLAIM FOR RELIEF

32.    Plaintiffs incorporate the foregoing allegations by this reference.

33.    EPA has spent approximately $33 million in response costs and accrued

interest in connection with the Site.

34.    The ODEQ has spent approximately $1.2 million in response costs at or in

connection with the Site.

35.    Defendants are liable to Plaintiffs for unreimbursed response costs incurred

and to be incurred by them in connection with the Site pursuant to Section 107(a)(1),

(a)(2) and (a)(3) of CERCLA, 42 U.S.C. § 9607(a)(1), (a)(2) and (a)(3).

## SECOND CLAIM FOR RELIEF

36.     Plaintiffs incorporate the foregoing allegations by this reference.

37.     The contamination described above has caused damages to natural resources at the Site and costs of natural resource damage assessment.

38.     Defendants are liable to Plaintiffs for natural resource damages and assessment costs at the Site pursuant to Section 107(a)(4)(c) of CERCLA, 42 U.S.C. § 9607(a)(4)(c).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that this Court:

1.      Enter a judgment on behalf of the Plaintiffs against the Defendants for all costs incurred and to be incurred by the United States and the State of Oklahoma for response activities related to the Site, plus interest, pursuant to Section 107 of CERCLA, 42 U.S.C. § 9607; and

2.      Grant a declaratory judgment in favor of Plaintiffs against the Defendants for future costs of actions to be taken by Plaintiffs to respond to releases or threatened releases of hazardous substances at the Site, pursuant to Section 113(g)(2) of CERCLA, 42 U.S.C. § 9613(g)(2);

3.      Enter a judgment in favor of the United States and the State of Oklahoma for natural resource damages, including the costs incurred and to be incurred in the restoration or replacement of natural resources damaged or destroyed due to the release

16

of hazardous substances at the Site, pursuant to 42 U.S.C. §9607 and 27A O.S. §1-2-101;

and

     4.     Grant the United States and the State of Oklahoma such further and other

relief as this Court may deem just and appropriate.

                Respectfully submitted,

                IGNACIA S. MORENO
                Assistant Attorney General
                Environmental and Natural Resources Division
                U.S. Department of Justice

                CARA M. MROCZEK
                Trial Attorney
                Environmental Enforcement Section
                U.S. Department of Justice
                P.O. Box 7611
                Ben Franklin Station
                Washington, DC 20044
                (202) 514-1447

OF COUNSEL
PAMELA TRAVIS
Assistant Regional Counsel (6RC-S)
U.S. Environmental Protection Agency
1445 Ross Avenue
Dallas, TX 75202

FOR THE STATE OF OKLAHOMA on behalf of the Oklahoma Department of
Environmental Quality and the Oklahoma Secretary of the Environment:

CLAYTON EUBANKS, OBA # 16648
Assistant Attorney General
Office of the Attorney General
Environmental Protection Unit
313 NE 21st Street
Oklahoma City, Oklahoma  73105
(405) 522-8992

18

**Appendix A to the Plaintiffs First Amended Complaint in** *United States v. Union Pacific Railroad Company et al*, Civil Action No: 06-887C (W.D. Okla.)

Cameron L. Kerran
Double Eagle Refining Company
Michael Kerran
Settco, Inc.
Waste Oil Service Company

**Appendix B to the Plaintiffs First Amended Complaint** in *United States v. Union Pacific Railroad Company et al*, Civil Action No: 06-887C (W.D. Okla.)

Affiliated Foods, Inc.

AGCO Corporation

Air Liquide Electronics U.S., LP

Amarillo Gear Company

American Financial Group

Americold Realty Trust

APAC Kansas, Inc.

Arkema Inc.

AS America, Inc.

ATC Technology Corporation

Atmos Energy Corporation, a successor in interest to TXU Gas Company pursuant to the Agreement and Plan of Merger by and between TXU Gas Company and LSG Acquisition Company dated June 17, 2004 as amended

Aubrey Chevrolet

Autco, Inc.

Automobiles of Italy

Avis Rent A Car System, Inc.

B&M Oil Co., Inc.

Badgett Steam Lubricator Corp.

BAE Systems Resolution Inc. f/k/a Stewart & Stevenson Services, Inc.

Baker Hughes Incorporated

Baldor Electric Company

Balon Corporation

Battison Motors, Inc.

Ben E. Keith Company

Billingsley Ford, Inc.

Billy M. Arnold, Inc.

Board of County Commissioners of the County of Blaine, Oklahoma

Board of County Commissioners of the County of Oklahoma

Bob Maloney Ford-Mercury, Inc.

Bob Moore Auto Group, LLC

Bob Tomes Ford, Inc.

Boeckman Ford, Inc.

Brad Fenton, Inc.

Breeden Dodge, Inc.

Brenntag Southwest, Inc.

Bright Truck Leasing, L.P.

Brown Automotive Group L.P. d/b/a Brown Pontiac GMC Buick

Brown Automotive Group L.P. d/b/a Southwest Honda

Bruckner Truck Sales Inc.

Brunner & Lay Inc.

Cargill, Incorporated

Carco Rentals, Inc.

Cascade Die Casting Group, Inc.

Chapman Construction Co., L.P.

Chris Nikel's Autohaus, Inc.

CIA Machinery, Inc.

City of Ardmore, Oklahoma

City of Broken Arrow, Oklahoma

City of Del City, Oklahoma

City of Denton, Texas

City of Derby, Kansas

City of Euless, Texas

City of Farmers Branch, Texas

City of Hurst, Texas

City of Kingman, Kansas

City of Lubbock, Texas

City of Mesquite, Texas

City of Moore, Oklahoma

City of Muskogee, Oklahoma

City of North Richland Hills, Texas

City of Stillwater, Oklahoma

Clarence L. Boyd, Inc.

Coach USA, Inc. d/b/a Sporran KBUSCO

Coca-Cola Enterprises Inc.

ConAgra Foods, Inc.

Cox Communications, Inc.

Crash Rescue Equipment Service, Incorporated

Crawford & Bargas, Inc.

CTS Corporation

Cutrell Trucking Company, Inc.

D.H. Blattner & Sons, Inc.

3

Dalhart Consumers Fuel Association, Inc.

Dallas County Schools

Darling International Inc.

DeFehr Implement Incorporated

Delp, Inc.

Dobrinski Chevrolet Pontiac Buick

Doenges Toyota Ford Lincoln Mercury

Don Davis Auto Group, Inc.

Donohue Holdings, Inc., formerly Big Red Sports/Imports, Inc.

Duit Construction Co., Inc.

Dunn Ford Company

Eagle Imports, L.P. d/b/a John Eagle Honda and John Eagle Lincoln-Mercury, LLP

East Texas Mack Sales L.L.C.

East Tulsa Dodge, Inc.

England Ford, Inc.

Exxon Mobil Corporation

Federal Express Corporation

Flowers Foods, Inc., on behalf of Flowers Frozen Desserts of Stillwell, LLC

Floyd Traylor Motor Co.

Ford Investment Enterprises Corp., Successor-in-Interest to Doenges Bros. Ford, Inc., Jim Nelson Ford, Inc., and Turnpike Ford, Inc.

Fronk Oil Co., Inc.

Frontier Chevrolet, Inc.

Frontier International Trucks, Inc.

Frozen Food Express Industries, Inc.

Gardner Denver, Inc.

GEA Rainey Corporation

Gene Huggins Enterprises, Inc. dba Huggins Mitsubishi

Gene Smith, Inc.

George Nunnally Chevrolet, Inc.

Geotrace Technologies, Inc.

Goddard Ready Mix Concrete, Inc.

Golden Spread Redi-Mix, Inc.

Goodpasture, Ltd.

Graff Chevrolet

Greenleaf Nursery Co.

Griffith Motor Company

GTE Southwest Incorporated (d/b/a Verizon Southwest)

Guardian Industries Corp.

Gulf State Supply LLC

Hagan Tractor Parts, Inc.

Harland McClaskey, as Owner of Harland's Diesel Service, Inc.

Harry Robinson Buick-GMC, Inc.

Harvey's, Inc.

Haskell-Lemon Construction Co.

Heartland Chevrolet, formerly John Gibbs Motor Company, Inc.

Heartland Express, Inc.

Hesselbein Tire Co., Inc.

Hickory Springs Manufacturing Company

Hill Country Chevrolet-Toyota Co.

HJG Trucking Company, Inc.

Hoffmeier, Inc.

Holmes Construction Co., L.P.

Hondura, Inc.

Huffines Dodge Lewisville, Inc.

Hulcher Services, Inc.

Hydro Aluminum North America, Inc.

Independent Foreign Car Repair

Independent School District No. 29 of Cleveland County, Oklahoma

Independent School District No. 52 of Oklahoma County, Oklahoma, also known as the Midwest
City-Del City Public Schools

Industrial Diesel, Inc.

Industrial Vehicles International, Inc.

Ingersoll-Rand Company

Iowa 80 Group, Inc.

J.B. Hunt Transport, Inc.

J.M. Huber Corporation

Jackie Cooper Imports, LLC

Jantz Implement, Inc.

Jensen's Inc.

Jim Norton Buick, Inc.

Johnson's of Kingfisher, Inc.

Jones Motorcars Inc.

Kansas Turnpike Authority

Kennedy Tire & Auto Service, Inc.

Ken's Tire & Auto Service, Inc.

Kent Chevrolet, Cadillac, Inc.

Keystone Chevrolet, Inc.

Keystone Equipment Company, Inc.

Kimberly-Clark Corporation, Successor In Interest to Scott Paper Company

Kingfisher County, Oklahoma

Kwikset Corporation

Lafarge Building Materials Inc.

Lakeside Chevrolet Company, Ltd.

Lamb County Electric Cooperative, Inc.

Lasko Products, Inc.

LB Smith, Inc.

Lift Truck Center, Inc.

Lorenz, Inc.

Lowe's Home Centers, Inc.

Lowry Chevrolet, Inc.

Lufkin Industries, Inc.

Mack Truck Sales of Tulsa, Inc.

Mack Trucks, Inc.

Martin K. Eby Construction Co., Inc.

McCorkle Truck Line, Inc.

McElroy Manufacturing, Inc.

McKee Foods Corporation

McKesson Corporation

McKinney Automotive Limited Partnership

Metzeler Automotive Profile Systems of Oklahoma, Inc.

Mid-Continent Concrete Company, Inc., f/k/a The Hardesty Co., Inc.

Mid-Continent Thermo King, Inc.

Mid-Kansas Cooperative Association

Midwesco Industries, Inc.

Midwest Corporate Aviation, Inc.

Mike Garrett Chevrolet, Inc.

Milo Gordon Inc.

Moritz Partners, L.P.

Muskogee Bridge Co., Inc.

Musser Motors, Inc.

Navistar, Inc.

Nestlé Holdings, Inc.

6

Newell Rubbermaid Inc.

Nine-Eleven Enterprises, Inc.

Northwest Tire Service Inc.

Oakley Pontiac-Buick, Inc.

Oil States Industries, Inc.

ONEOK, Inc.

Owen R. Thomas, Inc.

Parker Lube, Inc.

Paul Penley Oil Co., Inc.

People's Electric Cooperative

Phoenix Transmission

Plano Independent School District

Preformed Line Products Company

Putnam Lincoln-Mercury, Inc.

Radioshack Corporation

Range Oil Company, Inc.

Reed Beidler

Reher Morrison Racing Engines, Inc.

Republic Services, Inc.

Rick Jones Buick GMC Inc. (f/k/a Rick Jones Pontiac Buick & GMC, Inc.)

Roberts Truck Center of Oklahoma, LLC and H.D. Copeland International Trucks, Inc.

Ron Shirley Pontiac Buick GMC, Inc.

Ruan Logistics Corporation

Safeway Inc.

Sammons BW, Inc.

Sara Lee Corporation

Sasol North America, Inc.

Schwarz Ready Mix Inc.

Scoggin-Dickey Chevrolet-Buick, Inc.

Service Automall, Inc.

Settco, Inc.

Shep Chevrolet Inc.

Shipley Motor Equipment Company

Sinclair Oil Corporation

Six Flags Over Texas, Inc.

Smith Automotive, Inc.

Smith Chevrolet Cadillac Company

Sooner Lift, Inc.

Southern Material Handling Company

Southern Star Central Gas Pipeline, Inc.

Southside Dodge Sales, Inc.

Southwest Auction Co. Inc.

Southwestern Baptist Theological Seminary

Southwestern Petroleum Corporation

Spartan Aviation Industries, Inc.

Spider Webb Farm Implements, Inc.

Stovall Corporation

Stuart Pontiac-Cadillac, Inc.

Suburban Motors, Inc.

Sullivan's Trucking Company, Inc.

Superior Ford, Inc.

Superior Industries International, Inc.

Sysco Denver, Inc., a subsidiary of Sysco Corporation

TDY Industries, Inc.

TEFS Holding L.P.

Terracon Consultants, Inc.

Terry Miller Pontiac Buick GMC Truck, Inc.

Testers, Inc.

Texas Industries, Inc.

The Clorox Company

The Kansas City Southern Railway Company

The Bradbury Co., Inc.

The Lane Construction Corporation

Thomas Cadillac, Inc.

Trane, Inc.

Trinity Industries, Inc.

Trowell & Turner Automotive, Inc.

Trucks for You, Inc.

Tulsa Recycle & Transfer, Inc.

Turner Bros., LLC

United Industries Corporation, a Delaware Corporation d/b/a Spectrum Brands, d/b/a Chemisco, Inc., f/k/a Chemisco, Inc.

U.S. Foodservice, Inc.

United Rentals, Inc.

United Technologies Corporation and its subsidiary, Carrier Corporation

8

W&W Steel Company / W&W Steel, LLC
Wagner Buick, Inc.
Walz, Harman & Huffman Construction, Inc.
Warren Power & Machinery, Inc.
Waste Management of Arkansas, Inc.
Waste Management of Oklahoma, Inc.
Waste Oil Service Company
Waukesha Pearce Industries, Inc.
Wayne Eidson Chevrolet-Oldsmobile-Buick-Pontiac, Inc.
Webb Wheel Products, Inc.
Western Auto Supply Company
Western Technology Center
Weyerhaeuser Company
Wilmes Superstore, Inc.
Wilson Chevrolet, Inc.
WNA Cups Illustrated, Inc.
Wood Motor Company, Inc.
Yellowhouse Machinery Co.