IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| and ) | |
| THE STATE OF OKLAHOMA, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 06-887C |
| UNION PACIFIC RAILROAD COMPANY, ) | Judge Robin J. Cauthron |
| et al. ) | |
| Defendants. ) | |

_____

**UNOPPOSED MOTION TO ENTER THE PROPOSED CONSENT DECREE**
_____

On October 8, 2010, the United States and State of Oklahoma ("Plaintiffs"), lodged with this Court a proposed Consent Decree which resolves claims raised in a Complaint filed on August 22, 2006, under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA"), 42 U.S.C. §§ 9601 *et seq.*, against Union Pacific Railroad Company ("Union Pacific"), a past owner of the Double Eagle Refinery Superfund Site (the "Site") in Oklahoma City, Oklahoma. The proposed Consent Decree also resolves claims against 276 additional defendants named in the Amended Complaint filed on October 8, 2010, for their potential liability as arrangers for disposal of

hazardous substances under CERCLA Section 107(a)(3), 42 U.S.C. §§ 9607(a)(3), and as owners and operators under CERCLA Section 107(a)(1) and (a)(2), as well as counterclaims filed by Union Pacific against Plaintiffs.

The proposed Consent Decree resolves claims brought by Plaintiffs against the Defendants for recovery of response costs incurred and to be incurred by Plaintiffs in connection with the Site. In accordance with 28 C.F.R. § 50.7 and Section XV of the proposed Consent Decree, notice of the lodging of the proposed Consent Decree was published in the *Federal Register* on October 18, 2010. The notice invited the public to comment on the proposed settlement within a period of thirty days. The United States did not receive any comments.

Plaintiffs believe that the proposed Consent Decree is fair, reasonable, and consistent with the purposes of CERCLA. Accordingly, Plaintiffs respectfully move that this Court approve and enter the proposed Consent Decree.

            Respectfully submitted,

            IGNACIA S. MORENO
            Acting Assistant Attorney General
            Environment and Natural Resources Division

            *Cara M. Mroczek*
            CARA M. MROCZEK
            Trial Attorney
            Environmental Enforcement Section
            Environment and Natural Resources Division
            U.S. Department of Justice
            601 D Street N.W.
            Washington, D.C. 20004

            *P. Clayton Eubanks*

P. CLAYTON EUBANKS
Assistant Attorney General
Oklahoma Office of Attorney General
Environmental Protection Unit
313 N.E. 21st Street
Oklahoma City, OK   73105
Ph. (405) 522-8992Fax: (405) 522-0608

OF COUNSEL:
Pam Travis
USEPA REGION 6
1445 Ross Avenue
Suite 1200
*Mail Code:* 6RCS
Dallas, TX 75202-2733

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **UNOPPOSED MOTION TO ENTER THE PROPOSED CONSENT DECREE and MEMORANDUM FOR THE PLAINTIFFS IN SUPPORT OF THE UNOPPOSED MOTION TO ENTER THE PROPOSED CONSENT DECREE** was served to the clerk of the Court for filing and uploading to the CM/ECF system on November 29, 2010 which will send notification of such filing to:

Eva Fromm O'Brien, eobrien@fulbright.com

Heather M. Corken, hcorken@fulbright.com

Linda C. Martin, lmartin@dsda.com


Paul C. Eubanks, clayton.eubanks@oag.ok.gov
> Attorney for Plaintiff State of Oklahoma


Michael J. Novotny, mnovotny@hartzoglaw.com

Andrew B. McGill, amcgill@bmpllp.com

James E. Smith, jsmith@bmpllp.com
> Attorneys for Third-Party Defendants Double Eagle Refining Company, Waste Oil Service Company, Cameron L. Kerran, Michael Kerran, and Settco, Inc.


Kenneth S. Hixson, Khixson@HixsonDaniels.com

Barry R. Davis, bdavis@oklalawyer.com
> Attorneys for Third-Party Defendant Lightning Lube of Arkansas, Inc.

Michael W. Brewer, mwbrewer@hiltgenbrewer.com
> Attorney for Third-Party Defendant CMI Terex Corporation


Joseph R. Farris, jfarris@tulsalawyer.com

Thayla P. Bohn, tpbohn@tulsalawyer.com

Millicent L. Hughes, mhughes@tulsalawyer.com
> Attorney for Third-Party Defendant JB Hunt Transport, Inc.

4

Douglas L. Jackson, jackson@enidlaw.com

    Attorney for Third-Party Defendants Butler Farmers Cooperative Association and Dacoma Farmers Cooperative, Inc.

James E. Cinocca, Jr., jim.cinocca@cox.net

    Attorney for Third-Party Defendant B&M Oil Co., Inc.

Christopher L. Jensen, chris.jensen@sprouselaw.com

Larry D. Ottaway, larryottaway@oklahomacounsel.com

Michael T. Maloan, michaelmaloan@oklahomacounsel.com

    Attorneys for Third-Party Defendants Gilvin-Terrell Ltd., Patrick Tire & Auto Service, Inc., and Scottie's Transmissions Inc.

Karissa K. Cottom, kcottom@hallestill.com

    Attorney for Third-Party Defendant Northwest Arkansas Paper Co.

Eric D. Wade, ericw@rfrlaw.com

J. Douglas Mann, dougm@rfrlaw.com

    Attorneys for Third-Party Defendants Independent School District No. 1 of Tulsa County, Oklahoma, Independent School District No. 3 of Tulsa County, Oklahoma, Independent School District No. 5 of Tulsa County, Oklahoma, and Independent School District No. 9 of Tulsa County, Oklahoma

Luther R. Gaither, luke@inglishgaither.com

    Attorney for Third-Party Defendant Dick Bailey Motors, Inc.

Mathew R. Oppell, mattoppel@pldi.net

    Attorney for Third-Party Defendants P&K Equipment, Inc., Rother Brothers Inc., Howards Inc., BSW Acceptance Corporation, Cunningham Equipment Co. Inc., and Panhandle Implement Company

Christopher D. Parker, cparker@pf-lawfirm.com

  Attorney for Third-Party Defendant Amarillo Road Company

Chris Harper, charper@chrisharperlaw.com

  Attorney for Third-Party Defendants John Vance Motors, Inc., Ballard's of Clinton, Inc., Bob's Transmission Company, Matt Davis Automotive, LLC, MB Enterprises, Inc., Metric Motors, Inc., and Oklahoma Transmission Supply, Inc.

Richard E. Parrish, rparrish@fulkersonlawoffice.com

Shawn D. Fulkerson, db@fulkersonlawoffice.com

Carolie E. Rozell, crozell@fulkersonlawoffice.com

  Attorneys for Third-Party Defendant Hoffmeier Inc.

John M. Jacobsen, johjac@oklahomacounty.org

  Attorney for Third-Party Defendant Board of County Commissioners of the County of Oklahoma

Roy Tucker, rtucker@muskogeeonline.org

  Attorney for Third-Party Defendant City of Muskogee, Oklahoma

Stephen J. Adams, sadams@fellerssnider.com

  Attorney for Third-Party Defendant Suburban Motors, Inc.

Mary S. Robertson, robertsm@crowedunlevy.com

Robert L. Pendarvis, robert.pendarvis@crowedunlevy.com

  Attorneys for Third-Party Defendant Independent School District No. 29 of Cleveland County, Oklahoma

Thomas C. Riney, triney@rineymayfield.com

Michael T. Maloan, michaelmaloan@oklahomacounsel.com

Larry D. Ottaway, larryottaway@oklahomacounsel.com

  Attorneys for Third-Party Defendant J. Lee Milligan Inc.

Philip W. Anderson, panderson@czwglaw.com

Chris Collins, cjc@czwglaw.com

    Attorneys for Third-Party Defendant Board of County Commissioners of the County of Blaine

                                        /s/ Cara M. Mroczek
                                        CARA M. MROCZEK